## 32805, 32806. CALLAWAY et al. v. ARRINGTON et al.; and vice versa.

JORDAN, Justice.

The issues in this appeal and cross appeal are controlled by the rulings made in *Callaway v. Carswell*, 240 Ga. 579 (1978).

*Judgment affirmed on the main appeal and cross appeal. All the Justices concur.*

ARGUED SEPTEMBER 21, 1977 — DECIDED
JANUARY 24, 1978.

*Charles M. Lokey, Ferrin Y. Mathews, Guy Parker, Webb, Young, Daniel & Murphy, Harold T. Daniel, Jr.,* for appellants.

*Fierer & Devine, Foy R. Devine,* for appellees.